**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1164

DAVID WARREN,

Plaintiff - Appellant,

v.

TRI TECH LABORATORIES, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:12-cv-00046-NKM-RSB)

Submitted: July 29, 2014                    Decided: July 31, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Warren, Appellant Pro Se. Agnis Chandra Chakravorty, Frank Kenneth Friedman, WOODS ROGERS, PLC, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Warren appeals the district court's order granting Tri Tech Laboratories' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Warren v. Tri Tech Labs., Inc., No. 6:12-cv-00046-NKM-RSB (W.D. Va. Jan. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED